# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00409-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANTS COUNTY OF MERCED AND CORRECTIONAL OFFICER CASTANEDA IN THIS ACTION<br><br>FIVE DAY DEADLINE |

　　　　Plaintiffs D.M. and L.M., minors proceeding through their guardian ad litem Jose Martinez; Denise Sawyer and Doug Snider filed this action on March 19, 2020. On May 18, 2020, waivers of service were returned executed in this matter. (ECF Nos. 13-24.) The waivers state that a responsive pleading must be served within sixty days of April 2, 2020. On June 10, 2020, Defendants Wellpath, L.L.C.; California Forensic Medical Group, Inc.; Amanpreet Atwal; Alicia Dunwoody; Gianfranco Burdi; Keriann Quinn-Fitzpatrick; Dylan Fulcher; Shawn Autrey; Pao Chang; Jessica Ramirez-Aguilar; Jamie Burns; and Thanya Ryland filed an answer to the complaint.

　　　　The deadline for a responsive pleading to be filed has passed and Defendants County of Merced and Correctional Officer Castaneda have not filed a responsive pleading, a stipulation to extend time for a responsive pleading to be filed nor has a request for entry of default been filed.

1

1  Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of
2  this order, Plaintiffs shall either file a request for entry of default or a notice informing the Court
3  of the status of Defendants County of Merced and Correctional Officer Castaneda in this action.

IT IS SO ORDERED.

Dated:   **June 11, 2020**

UNITED STATES MAGISTRATE JUDGE