# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-NONE-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE TO SEPTEMBER 28, 2020 |
| v. | |
| CITY OF MERCED, et al., | |
| Defendants. | (ECF Nos. ) |

  This action was filed on March 19, 2020.  On June 11, 2020, an order was filed requiring Plaintiffs to either file a request for entry of default against Defendants County of Merced and Correctional Officer Castaneda for their failure to respond to the complaint or a notice of status of the defendants in this action.  On June 15, 2020, a notice of status of Defendants County of Merced and Castaneda and stipulation to extend time to respond to the complaint was filed.

  Upon review of the notice of status of the defendants, the Court finds good cause exists to grant the extension of time to respond to the complaint.  The scheduling conference shall be continued until an answer to the complaint is filed.

  Accordingly, IT IS HEREBY ORDERED that:

1. Defendants County of Merced and Castaneda SHALL FILE a responsive pleading on or before **July 31, 2020**;

2. The scheduling conference set for June 23, 2020, is CONTINUED to **September**

1

**28, 2020 at 3:00 p.m. in Courtroom 9**; and

3. The parties SHALL FILE a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated: __**June 16, 2020**__

UNITED STATES MAGISTRATE JUDGE