# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MERCED, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00409-NONE-SAB<br><br>ORDER RE STIPULATION TO CORRECT NAME OF CORRECTIONAL OFFICER CASTANEDA<br><br>(ECF No. 32) |

On September 21, 2020, the parties filed a stipulation to correct the name of Correctional Officer Castaneda who was named as a defendant in the first amended complaint, filed on April 13, 2020. The parties seek to correct the docket because the defendant's current name is Adriana Kifan.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Correctional Officer Castaneda's name in the first amended complaint is amended to Adriana Kifan and the Clerk of the Court is DIRECTED to correct the docket to reflect that Correctional Officer Castaneda's current name is Adriana Kifan.

IT IS SO ORDERED.

Dated:  **September 22, 2020**

UNITED STATES MAGISTRATE JUDGE

1