# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-NONE-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| COUNTY OF MERCED, et al., | (ECF Nos. 35, 46) |
| Defendants. | |

This action was filed on March 19, 2020. (ECF No. 1.) On September 29, 2020, a scheduling order issued, which has not been modified in this action. (ECF No. 35.) On August 27, 2021, the parties filed a stipulation requesting the scheduling order be modified. (ECF No. 46.) The parties proffer that discovery disputes developed and a motion to compel was adjudicated; the Court ordered Defendants to produce documents by August 13, 2021; Defendants advised they had finished production by August 18, 2021; Defendants have now produced 118,000 pages of documents not previously produced; the parties are meeting and conferring regarding Plaintiffs' concerns regarding this production; the parties anticipate fifteen non-expert depositions that need to be completed; and the Plaintiffs desire to complete document production prior to depositions. (ECF No. 46.) The Court finds good cause to modify the scheduling order based on the parties' showing of good cause.

/ / /

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: April 28, 2022;
2. Expert Disclosure Deadline: May 26, 2022;
3. Supplemental Expert Disclosure Deadline: June 23, 2022
4. Expert Discovery Deadline: July 21, 2022;
5. Dispositive Motion Filing Deadline: September 1, 2022;
6. Pre-trial Conference: March 9, 2023, at 1:30 p.m. in Courtroom 4; and
7. Trial: June 27, 2023, at 8:30 a.m. in Courtroom 4.

All other dates and aspects of the September 29, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**August 30, 2021**__

UNITED STATES MAGISTRATE JUDGE