# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00409-NONE-SAB<br><br>ORDER VACATING SEPTEMBER 8, 2021 HEARING<br><br>(ECF No. 45) |

Plaintiffs' motion for sanctions is currently set for hearing on September 8, 2021, before the undersigned in Courtroom 9. (ECF No. 45.) Having considered the moving, opposition, and reply papers, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for September 8, 2021, will be vacated and the parties will not be required to appear at that time.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion for sanctions set for September 8, 2021, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED.

IT IS SO ORDERED.

Dated:　**September 7, 2021**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1