# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER VACATING MARCH 9, 2022 HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| v. | |
| COUNTY OF MERCED, et al., | (ECF Nos. 60, 62, 63, 64, 65, 66, 67) |
| Defendants. | |

Currently before the Court is Plaintiffs' motion to compel responses to requests for production, set for hearing on March 9, 2022. (ECF Nos. 60, 61.) Having considered the joint statement regarding the discovery dispute, the separately filed declarations and the exhibits attached thereto, as well as the Court's file, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for March 9, 2022, will be vacated and the parties will not be required to appear at that time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel production set for March 9, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **March 8, 2022**

UNITED STATES MAGISTRATE JUDGE