# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al, | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES |
| v. | |
| COUNTY OF MERCED, et al., | ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER |
| Defendant. | (ECF Nos. 47, 72, 73) |

On March 9, 2022, the Court granted Plaintiffs' motion to compel production of documents (ECF No. 60), and granted Plaintiffs' request for sanctions in the form of reasonable attorneys' fees. (ECF No. 69.)  Plaintiffs were directed to file their motion for attorneys' fees by March 30, 2022, but the Court also encouraged the parties to consider stipulating to a reasonable amount of attorneys' fees.  On March 28, 2022, Plaintiffs filed a second motion to compel discovery, which is currently set for hearing on April 20, 2022.  (ECF No. 71.)

On March 29, 2022, the parties filed two stipulations: one to extend the time for Plaintiffs to file a motion for attorneys' fees, and one titled "request to extend discovery deadlines" but more aptly referred to as a stipulated request to modify the scheduling order.  (ECF Nos. 72, 73.)

As to the stipulated request to extend the time to file a motion for attorneys' fees, the parties proffer they have preliminary discussed stipulating to attorneys' fees and are optimistic

1   that such a stipulation may be reached; they request additional time in order to finish reviewing

2   the production for compliance with the Court's order and to finalize a stipulation.  (ECF No. 72.)

3   To that end, the parties request a thirty-day extension.  The Court finds good cause exists to grant

4   this stipulated request.

5          As to the parties' second stipulation, the parties seek to modify the current schedule by

6   extending all discovery and filing deadlines by approximately four to five months, and

7   continuing the pretrial conference and trial dates approximately three months.  (ECF No. 73.)

8   The parties proffer the modifications are required in order to address the pending motion to

9   compel discovery, and in light of the Court's prior acknowledgment that good cause exists in this

10  matter to continue the current deadlines (ECF No. 69 at 22 n.7).  The Court finds good cause

11  exists to grant this stipulated request as well.

12         Accordingly, pursuant to the stipulations of the parties and good cause appearing, IT IS

13  HEREBY ORDERED that:

14         1.     The parties' stipulated request to extend the deadline to file a motion for

15                attorneys' fees is GRANTED.  (ECF No. 72.)  Plaintiffs' motion shall be filed no

16                later than **April 29, 2022**; and

17         2.     The parties' stipulated request to modify the scheduling order is GRANTED.

18                (ECF No. 73.)  The scheduling order (ECF No. 47) is modified as follows:

19                a.  Initial Disclosures Deadline: (completed)

20                b.  Non-Expert Discovery Deadline: **August 26, 2022**;

21                c.  Expert Disclosure Deadline: **September 30, 2022**;

22                d.  Supplemental Expert Disclosure Deadline: **October 28, 2022**;

23                e.  Expert Discovery Deadline: **December 9, 2022**;

24                f.  Dispositive Motion Filing Deadline: **January 13, 2023**;

25                g.  Pretrial Conference: **June 8, 2023**, at **1:30 p.m.**, in Courtroom 4 before the

26                    Honorable Jennifer L. Thurston; and

27  ///

28  ///

2

1       h.  Trial: **September 26, 2023**, at **8:30 a.m.**, in Courtroom 4 before the

2           Honorable Jennifer L. Thurston.

3

IT IS SO ORDERED.

4

5   Dated:   **March 30, 2022**

UNITED STATES MAGISTRATE JUDGE