# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER VACATING APRIL 20, 2022 HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 71) |
| Defendants. | |

On March 9, 2022, the Court granted Plaintiffs' motion to compel production of documents. (ECF No. 60.) On March 28, 2022, Plaintiff filed a second motion to compel production of documents. (ECF No. 71.) Pursuant to Local Rule 251, a hearing on any discovery motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45 requires the parties' joint statement regarding the discovery disagreement to be filed at least fourteen (14) days before the scheduling hearing date. E.D. Cal. L.R. 251(a) (Eff. Mar. 1. 2022). If the joint statement is not timely filed, the hearing may be dropped form the calendar without prejudice. Id. Plaintiff's motion to compel is currently set for hearing on April 20, 2022. Accordingly, the parties' joint statement was due by April 6, 2022.[1] No statement, however, was filed.

---

[1] On March 29, 2022, the parties filed two stipulated requests to continue deadlines, which the Court granted: (1) a request to extend the time for Plaintiffs to file a motion for attorneys' fees relating to their first motion to compel and (2) a motion to modify the scheduling order with respect to discovery deadlines, the dispositive motion deadline, and the pretrial conference and trial dates. (ECF Nos. 72, 73.) Neither of the stipulated requests sought to modify any deadlines with respect to Plaintiff's second motion to compel.

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel production (ECF No. 71) set for April 20, 2022, at 10:00 a.m. in Courtroom 9, is DROPPED from calendar pursuant to Local Rule 251, without prejudice to the parties refiling notice of a new hearing date in compliance with the Local Rules.

IT IS SO ORDERED.

Dated:  **April 7, 2022**

UNITED STATES MAGISTRATE JUDGE