# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al, | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES UNTIL MAY 31, 2022 |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 85) |
| Defendants. | |

On March 9, 2022, the Court granted Plaintiffs' motion to compel production of documents (ECF No. 60), and granted Plaintiffs' request for sanctions in the form of reasonable attorneys' fees. (ECF No. 69.) Plaintiffs were directed to file their motion for attorneys' fees within twenty-one (21) days. The Court also encouraged the parties to consider stipulating to a reasonable amount of attorneys' fees. On March 31, 2022, pursuant to the parties' stipulation, the Court extended the time for Plaintiffs to file any motion for attorneys' fees until April 29, 2022. (ECF No. 74.) On May 5, 2022, the parties filed a stipulation requesting a further extension of the deadline to file a motion for attorneys' fees until May 31, 2022. (ECF No. 85.)

The filing proffers that Plaintiffs are seeking to meet and confer following completion of their initial compliance review of the relevant supplemental productions and the parties are optimistic that a stipulation as to attorneys' fees can be reached following additional meet and confer. Given the deadline agreed to in the last stipulation has expired, the Court would

generally require the parties to submit an additional showing of good cause justifying a *nunc pro tunc* extension of time for Plaintiffs motion.  Nonetheless, given the parties have agreed to the extension for Plaintiffs' motion, and given the parties were likely considering what the impact of the hearing held on May 4, 2022, may have on the potential stipulation or motion for attorneys' fees, the Court will grant the parties' request without such express demonstration in the filing.  In the future, the parties are expected to request extensions of time before any deadline expires unless they can expressly demonstrate good cause for the late-filed request.

Accordingly, pursuant to the stipulations of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to extend the deadline for Plaintiffs to file a motion for attorneys' fees is GRANTED, and Plaintiffs' motion for attorneys' fees, if any, shall be filed no later than **May 31, 2022**.

IT IS SO ORDERED.

Dated:   **May 5, 2022**

UNITED STATES MAGISTRATE JUDGE