# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al, | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES UNTIL JULY 30, 2022 |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 88) |
| Defendants. | |

On March 9, 2022, the Court granted Plaintiffs' motion to compel production of documents (ECF No. 60), and granted Plaintiffs' request for sanctions in the form of reasonable attorneys' fees. (ECF No. 69.) Plaintiffs were directed to file their motion for attorneys' fees within twenty-one (21) days. Following two extensions, the deadline to file the motion for attorneys' fees is currently set for May 31, 2022. (ECF Nos. 74, 86.) On May 31, 2022, the parties filed a stipulated motion requesting the deadline to file the motion be further extended until July 30, 2022. (ECF No. 88.) The parties request the sixty (60) extension on the proffer that they are optimistic, once a document production is complete, a stipulation as to attorneys' fees can be reached.

///

///

///

1

Accordingly, pursuant to the stipulations of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to extend the deadline for Plaintiffs to file a motion for attorneys' fees is GRANTED, and Plaintiffs' motion for attorneys' fees, if any, shall be filed no later than **July 30, 2022**.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

UNITED STATES MAGISTRATE JUDGE