# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MERCED, et al.,<br><br>    Defendant. | Case No. 1:20-cv-00409-JLT-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 89, 95, 96, 97) |

On March 9, 2022, the Court granted Plaintiffs' motion to compel production of documents (ECF No. 60), and granted Plaintiffs' request for sanctions in the form of reasonable attorneys' fees. (ECF No. 69.) The deadline for Plaintiffs' motion for attorneys' fees is currently set for July 30, 2022. (See ECF Nos. 69, 74, 86, 89.) On May 4, 2022, the Court granted Plaintiffs' second motion to compel discovery (ECF No. 71), continued the hearing as to the issue of sanctions to June 15, 2022 (ECF No. 84), and thereafter ordered Plaintiffs to file a motion for attorneys' fees related to the second motion to compel by July 20, 2022. (ECF No. 95.)

On July 19, 2022, the parties filed two stipulations: a stipulated request to extend the time for Plaintiffs' second motion for attorneys' fees to July 30, and a stipulation to extend discovery deadlines, which the Court construes as a stipulated motion to modify the schedule. (ECF Nos.

96, 97.)

As to the stipulated request to extend the time to file the second motion for attorneys' fees, the parties seek to extend the July 20 deadline to July 30, 2022, so that it coincides with the deadline for the first motion for attorneys' fees and may be adjudicated efficiently. The parties additionally proffer they believe they will be able to stipulate to a reasonable fees amount, but that Defendants' claims manager is currently out of the office. (ECF No. 96 at 2.) The Court finds good cause exists to grant this stipulated request. However, in light of the fact that July 30 is a Saturday, the Court shall extend the deadlines for both motions for attorneys' fees to August 1, 2022.

As to the parties' second stipulation, in light of the recently adjudicated discovery disputes and need for supplemental production, the parties seek to modify the current schedule to extend the discovery and filing deadlines, and continue the pretrial conference and trial dates. (ECF No. 97.) The Court finds good cause exists to grant this stipulated request as well.

Accordingly, pursuant to the stipulations of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to extend the deadline to file Plaintiffs' second motion for attorneys' fees (ECF No. 96) is GRANTED, as follows: the deadlines for Plaintiffs' motions for attorneys' fees (relating to Plaintiffs' motions to compel, ECF Nos. 60 and 71) are both extended to **August 1, 2022**;

2. The parties' stipulated motion to modify the scheduling order is GRANTED. (ECF No. 97.) The scheduling order (ECF No. 35), as previously amended (see ECF Nos. 47, 74), is modified as follows:

    a. Initial Disclosures Deadline: (completed)

    b. Non-Expert Discovery Deadline: **January 27, 2023**;

    c. Expert Disclosure Deadline: **February 24, 2023**;[1]

    d. Supplemental Expert Disclosure Deadline: **March 24, 2023**;

---

[1] The Court notes the parties' stipulated motion seeks deadlines of February 24, 2022 and March 24, 2022 for expert disclosures and supplemental expert disclosures, respectively. These appear to be typos, and the corrected dates indicating deadlines in 2023 are reflected in this order.

e. Expert Discovery Deadline: **May 12, 2023**;

f. Dispositive Motion Filing Deadline: **June 23, 2023**;

g. Pretrial Conference: **December 15, 2023**, at **1:30 p.m.**, in Courtroom 4 before the Honorable Jennifer L. Thurston; and

h. Trial: **March 18, 2024**, at **8:30 a.m.**, in Courtroom 4 before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **July 19, 2022**

UNITED STATES MAGISTRATE JUDGE