# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MERCED, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00409-JLT-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES<br><br>(ECF No. 99)<br><br>**DEADLINE: AUGUST 23, 2022** |

       Plaintiffs D.M. and L.M., minors proceeding through their guardian ad litem Jose Martinez; Denise Sawyer, and Doug Snider filed this action on March 19, 2020.  (ECF No. 1.)  On August 1, 2022, Plaintiffs filed a motion for attorneys' fees.  (ECF No. 99.)  The hearing on Plaintiffs' motion is currently set for September 21, 2022.

       Pursuant to Local Rule 293, which governs awards of attorneys' fees, motions for attorneys' fees are governed by Local Rule 230 for notice, opposition, reply, and decision.  E.D. Cal. L.R. 293(a).  Local Rule 230 provides that any opposition or non-opposition shall be filed and served no later than fourteen days after the motion was filed; any reply must be filed no later than ten days after an opposition is filed.  E.D. Cal. L.R. 230(c)–(d).  Accordingly, Defendants' opposition or statement of non-opposition was due August 15, 2022.

       The deadline to file an opposition or statement of non-opposition has passed and

1

Defendants have not filed an opposition or a statement of non-opposition, nor has a stipulation or motion to extend time to file an opposition been filed.  Therefore, Defendants shall be ordered to file an opposition or statement of non-opposition forthwith.  Alternatively, should Defendants seek to further extend their filing deadline, they are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.  If, as here, such a request is made after a deadline, the party seeking the nunc pro tunc extension must show additional good cause as to why the matter was filed late.

Accordingly, IT IS HEREBY ORDERED that: **no later than August 23, 2022**, Defendants shall file an opposition or statement of non-opposition to Plaintiffs' motion for attorneys' fees.  Failure to comply with this order will be construed as a statement of non-opposition to Plaintiffs' motion.

IT IS SO ORDERED.

Dated:   **August 16, 2022**

UNITED STATES MAGISTRATE JUDGE