# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATION AND PROPOSED ORDER FOLLOWING INFORMAL DISCOVERY CONFERENCE |
| v. | |
| COUNTY OF MERCED, et al., | ORDER VACATING NOVEMBER 16, 2022 HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| Defendants. | |
| | (ECF Nos. 104, 107, 109, 111, 112) |

**I.**

**BACKGROUND**

On August 17, 2022, Plaintiffs filed a motion compel production of documents. (ECF No. 104.) The matter came before the Court for hearing on September 21, 2022. (ECF No. 109.) The parties were ordered at that time to further meet and confer and set an informal conference, and the matter was continued to November 16, 2022. On October 28, 2022, the parties appeared telephonically for an informal discovery conference. (ECF No. 111.) On November 1, 2022, following the informal conference, the parties submitted a joint-proposed order regarding the pending motion to compel. (ECF No. 112.) The Court finds good cause exists to grant the jointly-proposed relief. Furthermore, the Court shall vacate the November 16, 2022 hearing on the motion.

## II.

## CONCLUSION AND ORDER

For the foregoing reasons, the Court finds Plaintiff's motion should be granted in part, but limited to suicides occurring at Wellpath / CFMG facilities in California only. At present, the Court finds it is not proportional to order discovery on suicides occurring at Wellpath facilities outside of California, as Defendants proffer that Wellpath facilities outside of California do not necessarily have the same policies or procedures as Wellpath facilities in California. Plaintiffs may revisit this issue if further evidence is discovered demonstrating that Wellpath facilities outside of California do have similar policies or procedures to those in California, which would increase the relevance of the practice or custom at those facilities and therefore could change the Court's proportionality analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 17, 2022 motion to compel (ECF No. 104) is GRANTED IN PART, consistent with this order;

2. Within **thirty (30) days** of the date of this order, Defendants shall produce the documents requested for Wellpath / CFMG facilities in California only, for all suicides occurring between January 1, 2015, and the date of the filing of the complaint in this case;

3. If Defendants withhold any documents from the production on the basis of privilege, they shall provide a full and complete privilege log which includes sufficient information for Plaintiffs to evaluate the claim of privilege. If further disputes arise as a result of the privilege log, the Court is willing to review the documents *in camera* at a further informal discovery conference, should the parties so request;

4. No sanctions or attorneys' fees are awarded as part of this order, and the parties shall bear their own costs; and

///
///

5. The November 16, 2022 hearing on the motion to compel is hereby VACATED.

IT IS SO ORDERED.

Dated:   **November 1, 2022**

UNITED STATES MAGISTRATE JUDGE