# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF MERCED, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00409-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 35, 47, 74, 98, 114) |

A scheduling order for this matter originally issued on September 29, 2020, which was subsequently amended numerous times pending adjudication of multiple discovery disputes and motions. (See ECF Nos. 35, 47, 74, 98.) The pretrial conference and trial dates have also been reset a number of times; currently, the pretrial conference is scheduled for December 15, 2023,[1] and trial is set to commence on March 18, 2024. (See ECF Nos. 35, 47, 74, 98.) On November 1, 2022, the Court vacated Plaintiffs' most recent motion to compel production of documents pursuant to the parties' stipulated request that Defendants would produce documents within thirty days of the Court's order. (ECF Nos. 112, 113.)

On January 17, 2023, the parties filed a stipulated request to extend the discovery

---

[1] The parties indicate in their stipulated motion that the pretrial conference is set for December 14, 2023. The Court presumes this is a typographical error, as all other information regarding the pretrial conference and trial dates remain consistent with the amended scheduling order.

1

deadlines, which the Court construes as a motion to modify the schedule. (ECF No. 114.) The parties proffer they jointly agreed to extend Defendants' time to complete the most recent production, and this production was finalized on January 13, 2022. Accordingly, the parties request an extension of the existing discovery deadlines to permit Plaintiffs time to review the production of documents and conduct depositions. Though they do not expressly discuss the pretrial and trial dates, it is clear the parties seek to extend these deadlines as well. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 114) is GRANTED. The scheduling order is further modified as follows:

1. Nonexpert Discovery Deadline: **May 29, 2023**;
2. Expert Disclosure Deadline: **June 26, 2023**;
3. Supplemental Expert Disclosure Deadline: **July 24, 2023**;
4. Expert Discovery Deadline: **September 11, 2023**;
5. Dispositive Motion Deadline: **October 23, 2023**;
6. Pretrial conference: **April 12, 2024** at **1:30 p.m.** in **Courtroom 6** before **District Judge Jennifer L. Thurston**; and
7. Trial: **July 29, 2024** at **8:30 a.m.** in **Courtroom 6** before **District Judge Jennifer L. Thurston**.

IT IS SO ORDERED.

Dated: **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE