# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 117) |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

A scheduling order for this matter originally issued on September 29, 2020, which was subsequently amended numerous times pending adjudication of multiple discovery disputes and motions. (See ECF Nos. 35, 47, 74, 98.) The scheduling order was most recently amended on January 18, 2023, and the expert discovery deadline currently expires on September 11, 2023; dispositive motions are due October 23, 2023; and trial is set for July 29, 2024. (ECF No. 115.)

On August 3, 2023, the parties filed a stipulated motion to extend the expert discovery deadline, the dispositive motion deadline, as well as the pretrial conference and trial dates. (ECF No. 117.) The parties proffer that the parties have completed nonexpert discovery and exchanged excerpt disclosures, and in light of the expert disclosures, the parties anticipate that at least 10 expert depositions will be required. The Court finds good cause exists to grant the parties' stipulated motion. No further extensions will be entertained.

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 117) is GRANTED. The scheduling order is further modified as follows:

1. Expert Discovery Deadline: **December 11, 2023**;

2. Dispositive Motion Deadline: **January 23, 2024**;

3. Pretrial conference: **July 15, 2024, at 1:30 p.m.** in Courtroom 6 before District Judge Jennifer L. Thurston; and

4. Trial: **October 22, 2024, at 8:30 a.m.** in Courtroom 6 before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **August 3, 2023**

UNITED STATES MAGISTRATE JUDGE

2