# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 125) |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

A scheduling order for this matter originally issued on September 29, 2020, which was subsequently amended numerous times pending adjudication of multiple discovery disputes and motions. (See ECF Nos. 35, 47, 74, 98.) Most recently, on August 4, 2023, the Court granted a stipulated motion to modify the scheduling order, and set the expert discovery deadline for December 11, 2023; the dispositive motion filing deadline for January 23, 2024; a pretrial conference for July 15, 2024; and a trial date of October 22, 2024. (ECF No. 118.) The Court's order issued on August 4, 2023, expressly stated "[n]o further extensions will be entertained." (Id. at 1.)

On August 23, 2023, at the request of the parties, the Court set a settlement conference to be held before Magistrate Judge Newman, on October 6, 2023. (ECF No. 119.) The parties attended the settlement conference on October 6, 2023, however, the case did not settle. (ECF

1

No. 123.)

On October 13, 2023, the parties filed a stipulated motion to extend the expert discovery deadline from December 11, 2023, until January 29, 2024, and do not request extension of any other deadlines. (ECF No. 125.) The parties proffer the instant request to modify only the date for the completion of the expert witness discovery is made necessary by the limitations on the available dates for the completion of the expert discovery as discussed in the attached declaration. The parties anticipate needing to complete approximately 10 expert depositions, and the attached declaration describes that the extension is necessary because of the absence of any available date for the deposition of one of Defendants' expert witnesses, Mr. Rick Wells, prior to January 2024, but excluding January 8-12. (Id. at 5.)

While the Court stated it would not entertain any further extensions, the Court nonetheless finds good cause exists to grant the parties' stipulated motion, given the recent completion of mediation, and given the parties do not request alteration of the dispositive motion or pretrial/trial dates. Based on the history of discovery in this action, no further extensions of any of these dates or deadlines will be entertained.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 125) is GRANTED. The scheduling order is further modified as follows:

1. Expert Discovery Deadline: **January 29, 2024**;
2. All other dates and deadlines as contained in the modified scheduling order remain set; and
3. No further modifications of the scheduling order shall be entertained.

IT IS SO ORDERED.

Dated:   **October 16, 2023**                   _____
                                                                         UNITED STATES MAGISTRATE JUDGE