# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M. and L.M., minors, by and through their Guardian ad litem Jose Martinez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:20-cv-00409 JLT SAB <br><br> ORDER **DENYING** THE JOINT STIPULATION OF THE PARTIES AND CONTINUING THE EXHIBIT DEADLINE <br><br> (Doc. 170) |

The parties report they "are currently conducting settlement discussions, which reached an advanced stage late in the day on October 16, 2024." (Doc. 170 at 2.) In addition, the parties indicate a belief "they will be able to reach a resolution within the next 24 hours." (*Id.*) Therefore, the parties request the deadline for submitting copies of trial exhibits and lodging deposition transcripts be extended. (*Id.*) **However, the parties fail to consider that the latest time by which the Court can cancel the jury venire reporting, is 3:00 p.m. October 18, 2024.** Thus, the Court **ORDERS**:

1. The stipulation is **DENIED**.

2. **No later than 2:00 p.m.,** counsel **SHALL** file a notice of settlement, if the matter resolves.

IT IS SO ORDERED.

Dated: __October 17, 2024__

UNITED STATES DISTRICT JUDGE

1