# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. M., et al., | Case No. 1:20-cv-00409-JLT-SAB |
| Plaintiffs, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 174) |
| Defendants. | **FORTY FIVE DAY DEADLINE** |

On October 18, 2024, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action. (ECF No. 174.)  The parties proffer that dispositional documents will be filed within 120 days.  The parties also request that the Court set a status conference in 150 days.

The Court shall order the parties file dispositional documents within forty-five days.  The Court declines to set a status conference at this time.  Any additional request for extension of time to file dispositional documents must be supported by good cause.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action, including the trial currently set for October 22, 2024, are VACATED; and

///

///

1

2. The parties shall file dispositional documents within **forty-five (45) days** of entry of this order.

IT IS SO ORDERED.

Dated: __**October 18, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE