# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-00409-JLT-SAB<br><br>ORDER AFFIRMING THE COURT'S ORDER DISREGARDING PLAINTIFFS' NOTICE OF DISMISSAL AND DIRECTING THE PARTIES TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 41<br><br>(ECF Nos. 176, 178)<br><br>**FOURTEEN DAY DEADLINE** |

On November 11, 2024, Plaintiffs file a notice of voluntary dismissal, which was signed by only Plaintiffs.  (ECF No. 176.)  The Court initially disregarded the voluntary dismissal because it understood that the case involved minors, which would require compliance with Local Rule 202(b).  (ECF No. 177.)  On November 13, 2024, Plaintiffs filed a response indicating that a minor's compromise was not needed in this action because while Plaintiffs D.M. and L.M. were minors when they initiated this action, at the time of the settlement was reached D.M. and L.M. were no longer minors.  (ECF No. 178.)

The Court agrees that since Plaintiffs D.M. and L.M. were not minors at the time of settlement that a minor's compromise is not required.  See Dacanay v. Mendoza, 573 F.2d 1075, 1079 (9th Cir. 1978).  Going forward, the Court notes that best practice would be to inform the Court that a previously deemed minor has reached the age of majority.  This Court does not track birthdates.

Notwithstanding, the Court nonetheless affirms its disregarding of Plaintiffs' notice of

1

voluntary dismissal because it does not comply with the Federal Rules of Civil Procedure.

Under Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999). In this action, both an answer and summary judgment have been filed.  (ECF Nos. 29, 127.) Therefore, Rule 41(a)(1)(A)(i) is not an available option for dismissal.

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."  "As the express language of this rule indicates, for a dismissal under Rule 41(a)(1)(ii) to be effective, all parties who have appeared must sign the stipulation." Aswad v. ACA Receivables, L.L.C., No. CIV F 06-0835 AWI LJO, 2007 WL 427591, at *1 (E.D. Cal. Feb. 7, 2007).

A party may also dismiss an action by filing a motion requesting the Court to dismiss the action.  Fed. R. Civ. P. 41(a)(2).  A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court.  Hamilton v. Firestone Tire & Rubber Co. Inc., 679 F.2d 143, 145 (9th Cir. 1982).

If Plaintiffs wish to dismiss this action, then they must file a stipulation or motion that complies with Rule 41.  Plaintiffs shall file a request for dismissal of this action that complies with Rule 41 within **fourteen (14) days** from the date of entry of this order.

IT IS SO ORDERED.

Dated:   **November 14, 2024**

STANLEY A. BOONE
United States Magistrate Judge