WANGER JONES HELSLEY PC
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Jay A. Christofferson #203878
 *jchristofferson@wjhattorneys.com*
Steven K. Vote #309152
 *svote@wjhattorneys.com*
Nathan J. Martin #339673
 *nmartin@wjhattorneys.com*

Attorneys for:   Plaintiffs D.M., L.M., and DENISE SAWYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M. and L.M., minors, by and through their Guardian ad litem Jose Martinez, on their own behalf and on the behalf of the Estate of Rene Snider, decedent; DENISE SAWYER, on her own behalf; and DOUG SNIDER, on his own behalf,<br><br>      Plaintiffs,<br><br>   v.<br><br>COUNTY OF MERCED; WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; AMANPREET ATWAL; C.O. CASTANEDA; ALICIA DUNWOODY; GIANFRANCO BURDI; KERIANN QUINN-FITZPATRICK; DYLAN FULCHER; SHAWN AUTREY; PAO CHANG; JESSICA RAMIREZ-AGUILAR; JAMIE BURNS; THANYA RYLAND; and DOES 1–10, inclusive,<br><br>      Defendants. | Case No. 1:20-cv-00409-JLT-SAB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE** |

The parties hereto hereby stipulate and agree to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: November 18, 2024.                WANGER JONES HELSLEY PC

By: _____
Jay A. Christofferson
Steven K. Vote
Nathan J. Martin
Attorneys for Plaintiffs D.M., L.M., and
Denise Sawyer

Dated: November 18, 2024.                LAW OFFICES OF JEROME M. VARANINI

By:  /s/ Jerome M. Varanini
Jerome M. Varanini
Attorneys for Defendants County of Merced
and Adriana Kifan

Dated: November 18, 2024.                BERTLING LAW GROUP

By:  /s/ Peter G. Bertling
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendants Wellpath, LLC;
California Forensic Medical Group, Inc.;
Amanpreet Atwal; Alicia Dunwoody; Dylan
Fulcher;  and Shawn Autrey